**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00783-MHS-CMC |
| APPLE INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00784-MHS-CMC |
| FACEBOOK, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00785-LED |
| FOURSQUARE LABS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00787-MHS-CMC |
| GROUPON, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00789-MHS-CMC |
| | JURY TRIAL DEMANDED |
| LIVINGSOCIAL, INC., | |
| Defendant. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00790-MHS-CMC |
| | JURY TRIAL DEMANDED |
| MILLENNIAL MEDIA, INC., | |
| Defendant. | |
| EVOLUTIONARY INTELLIGENCE, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:12-cv-00792-MHS-CMC |
| | JURY TRIAL DEMANDED |
| TWITTER, INC., | |
| Defendant. | |

## EVOLUTIONARY INTELLIGENCE'S NOTICE OF NON-OPPOSITION TO MAGISTRATE'S REPORTS & RECOMMENDATIONS

The Magistrate issued a Report & Recommendation in each of the above-captioned cases transferring the cases to the United States District Court for the Northern District of California.  Plaintiff Evolutionary Intelligence disagrees with certain findings set forth in each Report and Recommendation. Nevertheless, Evolutionary Intelligence will not file an objection to any of the Report and Recommendations.

2

Dated:  August 30, 2013                    Respectfully submitted,

                                           */s/ Marie A. McCrary      /*
                                           Adam J. Gutride, Esq.
                                           Seth A. Safier, Esq.
                                           Todd Kennedy, Esq.
                                           Anthony J. Patek, Esq.
                                           Marie McCrary, Esq.
                                           GUTRIDE SAFIER LLP
                                           835 Douglass Street
                                           San Francisco, California 94114

                                           Telephone: (415) 789-6390
                                           Facsimile: (415) 449-6469
                                           adam@gutridesafier.com
                                           seth@gutridesafier.com
                                           todd@gutridesafier.com
                                           anthony@gutridesafier.com
                                           marie@gutridesafier.com

                                           Charles Ainsworth
                                           Robert Christopher Bunt
                                           Parker Bunt & Ainsworth
                                           100 E. Ferguson, Suite 1114
                                           Tyler, Texas 75702

                                           Telephone: (903) 531-3535
                                           Facsimile: (903) 533-9687
                                           charley@pbatyler.com
                                           rcbunt@pbatyler.com

                           **ATTORNEYS FOR PLAINTIFF**


                           **CERTIFICATE OF SERVICE**

        I hereby certify that the all counsel of record, who are deemed to have consented to

electronic service are being served August 30, 2013, with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by

electronic mail, facsimile transmission and/or first class mail on this same date.

                                           */s/ Marie A. McCrary          /*
                                           MARIE A. MCCRARY

                                           3